USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/24/2023___

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**

                    **Plaintiff,**

    -v-

**LAMBS & IVY, INC.,**

                    **Defendant.**

Civil Case Number:  1:22-cv-08382-AT

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 22, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-08382-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __24__ **day of March 2023.**

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE